**MICHAEL A. COX, OSB NO. 935070**
Email: mcox@mcoxlegal.com
Law Office of Michael A. Cox, Ste 101
7420 S.W. Bridgeport Road
Tualatin, OR 97224
Ph: (503) 404-2452
Fax: (503) 328-7996

**JOHN J.E. MARKHAM, II, MASS. BBO NO. 638579** (*pro hac vice*)
Email: jmarkham@markhamread.com
MARKHAM & READ
One Commercial Wharf West
Boston, Massachusetts 02110
Tel: (617) 523-6329
Fax:(617) 742-8604
*Attorneys for All Claimants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    **Plaintiff,**<br><br>    -v-<br><br>**VARIOUS GOLD, SILVER AND COINS; UP TO $550,542.07 IN FUNDS, et al,**<br><br>    **Defendants.** | Civil Action No. 3:11-cv-01179-SI<br><br>**CLAIMANTS' MOTION FOR RETURN OF SEIZED PROPERTY OR, IN THE ALTERNATIVE, FOR A HEARING ON THE GOVERNMENT'S AS YET UNPROVEN CLAIM**<br><br>**Request for Oral Argument And Evidentiary Hearing** |
| **CLAIMANTS JAMES G. COLE,** an individual, **JAMES G. COLE, INC.,** a corporation, and **SONIC LIFE.COM, LLC,** Formerly known as **SONIC HEALTH SYSTEMS, LLC,** a limited liability company.<br><br>    Claimants. | |

Pursuant to Local Rule 7-1 the undersigned counsel for Claimants certify that the parties conferred on this matter and counsel for Plaintiff United States of America, AUSA Katie Lorenz and AUSA Alan Garten object to return of any seized property to plaintiffs. As a result of the parties inability to resolve or narrow the issues, Claimants make this motion.

## MOTION

Claimants James G. Cole, an individual, James G. Cole, Inc. and Sonic Life.Com, LLC, (referred to as "TurboSonic") respectfully submit move for the following alternative relief:

(1) Return of $30,000.00 each month for operating expenses necessary to sustain claimants' businesses until this forfeiture case is heard on the merits; or, in the alternative,

(2) at the very least, an evidentiary hearing at which the government and claimants offer evidence on the merits of the government's forfeiture case, because as of this time the government has not made an adequate showing that it will prevail on the merits, and as shown below, claimants' businesses, Maxam Nutraceutics ("Maxam") and TurboSonic are on the brink of extinction.

Claimants request oral argument and rely on the facts and authorities cited in the accompanying Memorandum of Law and Declaration of James G. Cole filed simultaneously with this motion.

DATED this  6th  day of November, 2012.

> Respectfully submitted,
>
>  /s/ John J.E. Markham, II
> John J.E. Markham, II
> *Admitted Pro Hac Vice* (MA BBO 638579)
> MARKHAM & READ
> One Commercial Wharf West
> Boston, Massachusetts 02110

**Claimants' Motion For Return of Seized Property or, In the Alternative, For a Hearing on the Government's As Yet Unproven Claim**
*United States v. Various Gold, Silver and Coins, et al., in rem*

                Tel: (617) 523-6329
                Fax:(617) 742-8604
                jmarkham@markhamread.com

s/ Michael A. Cox
MICHAEL A. COX, OSB NO. 935070
Email: mcox@mcoxlegal.com
Law Office of Michael A. Cox
7420 S.W. Bridgeport Road, Suite 101
Tualatin, OR 97224
Ph: (503) 404-2452
Fax: (503) 328-7996

**Claimants' Motion For Return of Seized Property or, In the Alternative, For a Hearing on the Government's As Yet Unproven Claim**
*United States v. Various Gold, Silver and Coins, et al., in rem*       3